# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS

| | |
|---|---|
| DANIEL DORAN, as Personal Representative of the Estate of Loretta Doran Day and DANIEL DORAN, JAN SYLIVA DORAN HAGEN, and KATHLEEN L. DORAN, as Trustees of the Trusts created under the will of Michael Patrick Doran, on be half of all heirs, beneficiaries, successors and assigns of said Estate and Trust,<br><br>      Plaintiffs,<br>v.<br>METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, METLIFE AUTO & HOME, and DOES 1-10,<br><br>      Defendants. | CV-17-20-GF-BMM<br><br>**ORDER** |

Defendants have moved for an order allowing Timothy M. Strong (Mr. Strong) and Alexander Mennie (Mr. Mennie) to appear *pro hac vice* in this case with Jesse Beaudette of Bohyer, Erickson, Beaudette & Tranel, P.C., designated as local counsel. The applications of Mr. Strong and Mr. Mennie appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendants' motions to allow Mr. Strong and Mr. Mennie to appear on their behalf (Docs. 8 and 9) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Strong and Mr. Mennie must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Strong and Mr. Mennie; it is not an admission of the Steptoe & Johnson, LLP.

IT IS FURTHER ORDERED:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 13th day of April, 2017.

_____
Brian Morris
United States District Court Judge